**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | | |
|---|---|---|---|
| John Doe, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 2:15-cv-4054-DW |
| | ) | | |
| Charles Weedman, et al, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**Notice of Interlocutory Appeal**

Comes now Plaintiff, John Doe, and hereby appeals to the United States Court of Appeals for the Eighth Circuit from the interlocutory order of March 27, 2015, denying his motion for preliminary injunction, Doc. # 22, a copy of which is attached hereto.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Grant R. Doty, #60788
Andrew McNulty, #67138
American Civil Liberties Union of
 Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314-652-3114
Fax: 314-652-3112

Gillian R. Wilcox, #61278
American Civil Liberties Union of
 Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111

Attorneys for Plaintiff

Certificate of Service

The undersigned certifies that on May 27, 2015, the foregoing was filed on the Court's ECF system, which has delivered electronic notice of this filing to all counsel of record.

/s/ Anthony E. Rothert