# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1645

John Doe

Appellant

v.

Charles E. Weedman, in his official capacity as Chair and member of the Missouri Ethics Commission, et al.

Appellees

------------------------------------------------------------

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:15-cv-04054-DW)

------------------------------------------------------------

**ORDER**

The motion to withdraw as counsel filed by Grant R. Doty is granted. Mr. Grant R. Doty for Appellant John Doe is granted leave to withdraw from this case.

April 06, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans